# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOROTHEA STEVERSON-BROWNE, INDIVIDUALLY,
Appellant,
vs.
MV TRANSPORTATION, INC., A FOREIGN LIMITED LIABILITY COMPANY,
Respondent.

No. 79725

FILED

NOV 05 2019

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on October 2, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Kenneth C. Cory, District Judge
     Dorothea Steverson-Browne
     Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-45329